Michael K. Brown (CSBN 104252)
mkbrown@reedsmith.com
Mildred Segura (CSBN 210850)
msegura@reedsmith.com
REED SMITH LLP
355 S. Grand Avenue, Ste 2900
Los Angeles, CA  90071
Tel: (213) 457-8000
Fax: (213) 457-8080
Attorneys for Defendants, Davol Inc.,
Bard Devices, Inc. and C.R. Bard, Inc.

Ramon Rossi Lopez (CSBN 86361)
rlopez@lopezmchugh.com
Troy A. Brenes (CSBN 249776)
tbrenes@lopezmchugh.com
LOPEZ McHUGH LLP
100 Bayview Circle, Ste 5600
Newport Beach, CA  92660
Tel: (949) 737-1501
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY BARTSCH,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVOL, INC., BARD DEVICES, INC., and C.R. BARD, INC.,<br><br>    Defendants. | No: 2:09-cv-02492-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING TRANSFER TO THE MULTIDISTRICT LITIGATION** |

Plaintiff and Defendants Davol, Inc., Bard Devices, Inc. and C.R. Bard, Inc. by and through their counsel of record propose the following stay pursuant to a stipulation based on the following facts:

Plaintiff alleges, among other things, that the "Bard® Composix® Kugel® Hernia Repair Patch," a medical device manufactured and sold by Defendant Davol, Inc. and used by Plaintiff's surgeon in conjunction with Plaintiff's hernia repair, was defective and unreasonably dangerous when put to its intended use.

This product liability action is but one of a number of related actions filed in federal courts across the country. In 2006, in fact, two plaintiffs who also allege that they sustained injuries resulting from their receipt and use of the Bard® Composix® Kugel® Hernia Repair Patch filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization of all cases involving this medical device pursuant to 28 U.S.C. § 1407. On May 31, 2007, the JPML heard that motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation. As a result, all federal court cases concerning the Bard® Composix® Kugel® Hernia Repair Patch have been or imminently will be transferred to the District of Rhode Island for consolidated pretrial proceedings. See In re Kugel Mesh Hernia Patch Prods. Liab. Litig., 493 F.Supp. 2d 1371 (J.P.M.L. 2007).

Based on the JPML's June 22, 2007 Transfer Order, and pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), a "tag-along" letter concerning this case, among others, was filed with the Clerk of the JPML on December 7, 2009 (see December 7, 2009 Letter to Jeffrey Lüthi, Clerk of the JPML, without exhibits (Ex. 1)). As has been the normal procedure, we anticipate that the JPML will issue a conditional transfer order in the coming weeks/months, which will effect transfer of this action to the United States District Court for the District of Rhode Island. Given that the transfer of this action in due course will moot any pretrial requirements and schedules imposed by this

Court, Defendants request that all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case be stayed 60 days pending transfer to the United States District Court for the District of Rhode Island.  Upon transfer, the parties agree and acknowledge that they will comply with any requirements and deadlines imposed by the District of Rhode Island with respect to this action.

IT IS SO STIPULATED:

Dated: December 10, 2009          LOPEZ McHUGH LLP

                                  By: /s/_____
                                      Ramon Rossi Lopez
                                      Troy Brenes
                                      Attorneys for Plaintiff

Dated: December 10, 2009          REED SMITH LLP


                                  By: /s/_____
                                      Michael K. Brown
                                      Mildred Segura
                                      Attorneys for Defendants Davol Inc,
                                      Bard Devices, Inc. and C.R. Bard, Inc.

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  DATED: December 11, 2009
5
6
7
                              WILLIAM B. SHUBB
8                             UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28